

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00064-CV

**JUSTIN STUFFELBEAM AND
BRYANNE STUFFELBEAM,**

**Appellants**

 **v.**

**H. BOND CONSTRUCTION, INC.,**

**Appellee**

**From the 361st District Court
Brazos County, Texas
Trial Court No. 07-00546-CV-361-A**

## MEMORANDUM OPINION

Justin Stuffelbeam and Bryanne Stuffelbeam appealed the trial court's order granting H. Bond Construction, Inc.'s motion for summary judgment. The parties have now filed a joint motion to remand the case. The parties' motion is granted in part.

Accordingly, the trial court's judgment is set aside without regard to the merits and this case is remanded to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion granted
Judgment set aside and remanded
Opinion delivered and filed January 9, 2014
[CV06]